-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 29, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | Case No. MAG. 06-0148-GGH |
| Plaintiff,          ) | |
| v.          ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRIAN TYRONE PLEASANT,          ) | |
| ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRIAN TYRONE PLEASANT, Case No. MAG. 06-0148-GGH, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   _X_ Bail Posted in the Sum of $ 25,000.00

      __ Unsecured Appearance Bond

      _X_ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

      _X_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 29, 2006 at 11:30 a.m.

By   **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge