1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO. MAG. 06-0148 GGH
                                )
11            Plaintiff,        )   STIPULATION AND ORDER
                                )   CONTINUING PRELIMINARY HEARING
12      v.                      )
                                )
13 BRIAN TYRONE PLEASANT,       )   DATE:  August 28, 2006
                                )   TIME:  2:00 p.m.
14            Defendant.        )   COURT: Duty Magistrate Judge
   _____)

15

16                          Stipulation

17      The parties, through undersigned counsel, stipulate that the
18 preliminary hearing currently scheduled for Monday, July 10, 2006,
19 should be continued to Monday, August 28, 2006, at 2:00 p.m.
20      The parties are in the process of negotiating a pre-indictment
21 plea agreement.  Additionally, the United States anticipates
22 providing discovery to defense counsel within the next few days,
23 which will facilitate the negotiations.
24 ///
25 ///
26 ///
27 ///
28 ///

1

1     The defendant is out of custody on bail.  The defendant
2 personally consents to the continuance and agrees that good cause
3 has been shown.

4 DATED:  July 6, 2006                    McGREGOR W. SCOTT
                                                    United States Attorney

                                         by    /s/ Samantha S. Spangler
                                                 Samantha S. Spangler
                                                 Assistant U.S. Attorney

DATED:  July 6, 2006                    DANIEL BRODERICK
                                                      Federal Defender

                                         by    /s/ Ned Smock
                                                 Ned Smock
                                                 Assistant Federal Defender

DATED: July 6, 2006                     /s/ Brian Tyrone Pleasant
                                                 Brian Tyrone Pleasant, Defendant

                                             Order

    Good cause appearing, the same is hereby ordered.

    IT IS SO ORDERED.

DATED: July 10, 2006.

                                                 DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pleasant0148.stipord