```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>BRIAN TYRONE PLEASANT,             )<br>                                   )<br>            Defendant.             )<br>_____) | CASE NO. MAG. 06-0148 GGH<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br><br><br>DATE:  September 22, 2006<br>TIME:  2:00 p.m.<br>COURT: Duty Magistrate Judge |

## Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Monday, August 28, 2006, should be continued to Friday, September 22, 2006, at 2:00 p.m.

The parties are in the process of negotiating a pre-indictment plea agreement.

The defendant is out of custody on bail. The defendant personally consents to the continuance and agrees that good cause has been shown.

```
DATED: August 22, 2006             McGREGOR W. SCOTT
                                   United States Attorney


                             by    /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney
```

1

```
DATED: August 22, 2006           DANIEL J. BRODERICK
                                 Federal Defender

                          by     /s/ Ned Smock
                                 Ned Smock
                                 Assistant Federal Defender


DATED: August 21, 2006           /s/ Brian Tyrone Pleasant
                                 Brian Tyrone Pleasant, Defendant
```

## Order

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

```
DATED: 8/23/06                   /s/ Gregory G. Hollows
                                 _____
                                 United States Magistrate Judge
```

pleasant.ord