1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG. 06-0148 GGH |
| Plaintiff, ) | **AMENDED** STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING |
| v. ) | |
| BRIAN TYRONE PLEASANT, ) | |
| Defendant. ) | DATE: October 27, 2006<br>TIME: 2:00 p.m.<br>COURT: Duty Magistrate Judge |

Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Friday, October 13, 2006, should be continued to Friday, October 27, 2006, at 2:00 p.m.

The parties are in the process of negotiating a pre-indictment plea agreement.

///
///
///
///
///
///
///

1

```
 1        The defendant is out of custody on bail.  The defendant
 2   personally consents to the continuance and agrees that good cause
 3   has been shown.
 4   DATED:  October 12, 2006            McGREGOR W. SCOTT
                                         United States Attorney
 5
 6                                  by   /s/ Samantha S. Spangler
                                         Samantha S. Spangler
 7                                       Assistant U.S. Attorney
 8
     DATED:  October 12, 2006            DANIEL J. BRODERICK
 9                                       Federal Defender
10
                                    by   /s/ Ned Smock
11                                       Ned Smock
                                         Assistant Federal Defender
12
13
     DATED:  October 12, 2006            /s/ Brian Tyrone Pleasant
14                                       Brian Tyrone Pleasant, Defendant
                                         (original retained in attorney's
15                                       file)
16                                    Order
17        Good cause appearing, the same is hereby ordered.
18        IT IS SO ORDERED.
19   DATED:  October 16, 2006.
                                         _____
20       nunc pro tunc to                 United States Magistrate Judge
21       10/13/06
```

                                        2