```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE Nos.  2:06-cr-440 DFL |
| --- | --- | --- |
| | ) | MAG. 06-0148 GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING PRELIMINARY HEARING |
| | ) | |
| BRIAN TYRONE PLEASANT, | ) | DATE:   December 22, 2006 |
| | ) | TIME:   2:00 p.m. |
| Defendant. | ) | COURT:  Duty Magistrate Judge |
| _____ | ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Friday, October 27, 2006, should be continued to at Friday, December 22, 2006, at 2:00 p.m.

The parties have negotiated a pre-indictment plea agreement; the government has filed a felony Information, Case No. 2:06-cr-440 DFL; and the parties and Judge Levi's staff have agreed to schedule the entry of guilty plea for December 14, 2006 at 10:00 a.m.  If the defendant waives indictment and pleads guilty to the Information on that date as the parties anticipate, the preliminary hearing date will be vacated.

///

1    The defendant is out of custody on bail.  The defendant
2 personally consents to the continuance and agrees that good cause
3 has been shown.
4 DATED:   October 26, 2006            McGREGOR W. SCOTT
                                       United States Attorney
5
6                                by   /s/ Samantha S. Spangler
                                      Samantha S. Spangler
7                                     Assistant U.S. Attorney
8 DATED:   October 26, 2006            DANIEL J. BRODERICK
                                       Federal Defender
9
10                               by   /s/ Ned Smock
                                      Ned Smock
11                                    Assistant Federal Defender
12
13 DATED:   October 26, 2006            /s/ Brian Tyrone Pleasant
                                       Brian Tyrone Pleasant, Defendant
14
15                               Order
16    Good cause appearing, the same is hereby ordered.
17    IT IS SO ORDERED.
18 DATED:   October 30, 2006.

U.S. MAGISTRATE JUDGE

2