```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792

 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8           FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO. 2:06-cr-440 DFL
                                 )
11              Plaintiff,       )   STIPULATION AND ORDER
                                 )   CONTINUING PRELIMINARY HEARING
12       v.                      )
                                 )
13  BRIAN TYRONE PLEASANT,       )   DATE:  February 2, 2007
                                 )   TIME:  2:00 p.m.
14              Defendant.       )   COURT: Hon. Edmund F. Brennan
    _____)
15

16       The parties, through undersigned counsel, stipulate that the

17  preliminary hearing currently scheduled for Friday, December 22,

18  2006, should be continued to Friday, February 2, 2007, at 2:00 p.m.

19       The parties have negotiated a pre-indictment plea agreement;

20  the government has filed a felony Information, Case No. 2:06-cr-440

21  DFL; and the parties and Judge Levi's staff have agreed to schedule

22  the entry of guilty plea.  The guilty plea was originally scheduled

23  for Thursday, December 14.  The defendant lives in Alabama, so he

24  has to make special travel arrangements to come to court.  His wife

25  is suffering from leukemia and is currently in the hospital.  For

26  that reason, the parties and Judge Levi's staff have agreed to move

27  the change of plea hearing to January 25, 2007.  If the defendant

28  waives indictment and pleads guilty to the Information on that date
```

1

1  as the parties anticipate, the preliminary hearing date will be

2  vacated.

3      The defendant is out of custody on bail.  The defendant

4  personally consents to the continuance and agrees that good cause

5  has been shown.

6

7  DATED:  December 8, 2006          McGREGOR W. SCOTT
                                     United States Attorney
8

9                            by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
10                                  Assistant U.S. Attorney

11 DATED:  December 8, 2006          DANIEL J. BRODERICK
                                     Federal Defender
12

13                           by     /s/ Ned Smock
                                    Ned Smock
14                                  Assistant Federal Defender

15

16 DATED:  December 8, 2006           /s/ Brian Tyrone Pleasant
                                     Brian Tyrone Pleasant, Defendant
17                                   Defense counsel maintains the
                                     defendant's original signature on
18                                   file

19                            Order

20     Good cause appearing, the same is hereby ordered.

21     IT IS SO ORDERED.

22 DATED:  December  11, 2006.

23                                   _____
24                                   United States Magistrate Judge

25

26

27

28

                              2