1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  BRIAN TYRONE PLEASANT

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    )  No. Cr-S-06-440 DFL/DAD
14                              )
                 Plaintiff,     )
15                              )  REQUEST FOR ORDER AND ORDER
        v.                      )  EXONERATING BOND
16                              )
   BRIAN TYRONE PLEASANT,       )
17                              )
                 Defendant.     )  Judge: Hon. Dale A. Drozd
18                              )
   _____)
19

20
        On or about June 29, 2006, a receipt in the amount of $2,500.00
21
   was filed with the Clerk of the Eastern District Court (receipt number:
22
   20411422) in case: U.S. v. Brian Tyrone Pleasant, Cr-S-06-440 DFL.
23
        On June 8, 2007 Mr. Pleasant was sentenced to time served before
24
   Judge Levi.
25
   ///
26
   ///
27
   ///
28

It is hereby requested that the $2,500 bond as well as any interest earned be returned to Pontressa Mitchener, 2453 Hughes Court, Atlanta, GA  30331.

Dated:   June 11, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
BRIAN TYRONE PLEASANT

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $2,500 secured by Ms. Pontressa Mitchener is hereby exonerated.

DATED: June 13, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pleasant0440.ord